UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



STATE OF LOUISIANA

VERSUS

WILLIAM NELSON

CIVIL ACTION

NO. 09-743-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 14, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this matter will be summarily remanded to the 18th Judicial District Court for the Parish of West Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, November  3 , 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA